UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TIMOTHY MANNING and JOSEPH BRYSON )
    Plaintiff, )
  )
v. )   C.A. NO. 04-10508 DPW
  )
MASSACHUSETTS OFFICE OF CHIEF )
MEDICAL EXAMINER, JOHN CRONIN, and )
RICHARD EVANS, )
    Defendants. )

## NOTICE OF APPEARANCE

To The Clerk Of The Above-Named Court:

Please notice my appearance as counsel for the defendant, Massachusetts Office Of Chief Medical Examiner, John Cronin, and Richard Evans, in the above-entitled action.

    Respectfully Submitted,
    COMMONWEALTH OF MASSACHUSETTS

    By its Attorneys,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    _____
    Mary O'Neil, BBO #379430
    Assistant Attorney General
    Government Bureau/Trial Division
    200 Portland Street, 3rd Floor
    Boston, MA 02114
    (617) 727-2200 x 3331

March 29, 2004

## CERTIFICATE OF SERVICE

I, Mary O'Neil, hereby certify that I have this date, March 29, 2004, served the foregoing **Notice Of Appearance** and **Certificate of Service** upon the attorney, Harvey A. Schwartz, and Laurie A. Frank, by mailing a copy first class, . postage prepaid mail to: RODGERS, POWERS and SCHWARTZ, 18 Tremont Street, Suite#500, Boston, MA 02108.

Mary O'Neil
Assistant Attorney General