UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TIMOTHY MANNING and JOSEPH BRYSON )
    Plaintiff, )
)
v. ) C.A. NO. 04-10508 DPW
)
MASSACHUSETTS OFFICE OF CHIEF )
MEDICAL EXAMINER, JOHN CRONIN, and )
RICHARD EVANS, )
    Defendants. )

## DEFENDANTS' ASSENTED TO MOTION TO EXTEND THE TIME FOR THEM TO FILE A RESPONSIVE PLEADING

Defendants by their attorney hereby submits this Assented to Motion for an extension of time up to and including, Monday, May 17, 2004 to file a Responsive Pleading to the Complaint; and in support thereof aver as follows:

1. The Amended Complaint was filed on or about March 12, 2004 and thereafter served upon Counsel for the Defendants.

2. AAG Mary O'Neil, counsel to Defendants is drafting a Responsive Pleading that requires significant investigation.

3. Mary O'Neil spoke with Plaintiff's counsel on April 20th about the requested extension of time for Defendants to file a Responsive Pleading.

4. Plaintiff's counsel graciously agreed to the requested extension of time up to and including May 17, 2004 to move, respond or otherwise answer the Complaint.

WHEREFORE, Defendants respectfully request the Court to approve an extension time up to and including, Monday, May 17, 2004 for them to file their responsive Pleading.

Respectfully Submitted,
COMMONWEALTH OF MASSACHUSETTS

By its Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

Mary O'Neil, BBO #379430
Assistant Attorney General
Government Bureau/Trial Division
200 Portland Street
Boston, MA 02114
(617) 727-2200 x 3332

Date: April 22, 2004

## CERTIFICATE OF SERVICE

I, Mary O'Neil, hereby certify that I have this date, April 22, 2004, served the foregoing **Defendants' Assented to Motion to Extend the Time for Them to File a Responsive Pleading** and **Certificate of Service** upon the attorney, Harvey A. Schwartz, and Laurie A. Frank, by mailing a copy first class, postage prepaid mail to: RODGERS, POWERS and SCHWARTZ, 18 Tremont Street, Suite#500, Boston, MA 02108.

Mary O'Neil
Assistant Attorney General