UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TIMOTHY MANNING and JOSEPH BRYSON )
Plaintiff, )
)
v. )  C.A. NO. 04-10508 DPW
)
MASSACHUSETTS OFFICE OF CHIEF )
MEDICAL EXAMINER, JOHN CRONIN, and )
RICHARD EVANS, )
Defendants. )

## LOCAL RULE 7.1 CERTIFICATE

I, Mary O'Neil, counsel for Defendants state that on Tuesday April 20, 2004, I conferred with Plaintiffs' counsel, Harvey A. Schwartz, to obtain an extension of time for the Defendants to move, respond or otherwise answer the Complaint up to and including Tuesday, May 17, 2004. Attorney Schwartz agreed to the extension requested.