UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MANNING and<br>JOSEPH BRYSON,<br>    Plaintiffs,<br><br>    v.<br><br>MASSACHUSETTS OFFICE OF THE<br>CHIEF MEDICAL EXAMINER;<br>JOHN CRONIN, individually and in his<br>official capacity as Chief Administrative<br>Officer of the Office of the Chief Medical<br>Examiner; RICHARD EVANS,<br>individually and in his official capacity as<br>Chief Medical Examiner of the<br>Commonwealth of Massachusetts,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A.   1:04-cv-10508 -DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**LOCAL RULE 16.1 JOINT SCHEDULING
CONFERENCE REPORT**

1.    Preliminary Statement –

The parties certify that they have conferred prior to the scheduling conference concerning the agenda for the scheduling conference, a proposed pretrial schedule and discovery plan and consideration of trial before a magistrate, in accordance with L.R. 16.1(B).

The parties certify that they have discussed settlement and that they are exploring alternatives to litigation.

1

2.	Agenda of Matters to be Discussed –

The parties suggest that the following matters should be addressed at the Scheduling Conference:

*	Schedule for discovery and dispositive motions.

3.	Joint Pretrial Discovery and Motion Schedule–

The parties' scheduling proposals are as follows:

| Event | |
|---|---|
| Initial Disclosures Served | July 1, 2004 |
| All written discovery completed | December 1, 2004 |
| All depositions completed | April 1, 2005 |
| All dispositive motions filed, with responses 30 days after service | July 1, 2005 |
| Trial Date | September, 2005 |

4.	Limitations on discovery –

The parties currently do not anticipate the need to exceed the number of discovery events stated in L.R. 26.1(C).

5.	Alternative Dispute Resolution and Trial by Magistrate –

The parties agree to confer at a later date to consider ADR, including mediation and/or trial by magistrate.

| | |
|---|---|
| Tim Manning and Joseph Bryson, Plaintiffs<br>By their attorneys, | Massachusetts Office of the Medical Examiner, et al., Defendants<br>By their attorney, |
| /s/ Laurie A. Frankl<br>HARVEY A. SCHWARTZ<br> BBO # 448080<br>LAURIE A. FRANKL<br> BBO # 647181<br>Rodgers, Powers and Schwartz, LLP<br>18 Tremont Street, Suite 500<br>Boston, MA 02108<br>617-742-7010 | /s/ Mary O'Neil<br>MARY O'NEIL<br> BBO # 379430<br>Office of the Attorney General<br>200 Portland Street – 3rd Floor<br>Boston, MA 02114<br>617-727-2200 |

Dated: May 24, 2004