# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MANNING and<br>JOSEPH BRYSON,<br>    Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS OFFICE OF THE<br>CHIEF MEDICAL EXAMINER;<br>JOHN CRONIN, individually and in his<br>official capacity as Chief Administrative<br>Officer of the Office of the Chief Medical<br>Examiner; RICHARD EVANS,<br>individually and in his official capacity as<br>Chief Medical Examiner of the<br>Commonwealth of Massachusetts,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A.  1:04-cv-10508 -DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1(D)(3)

We hereby certify that we have conferred with a view of establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation and we have considered the resolution of this litigation through the use of alternative dispute resolution programs such as mediation, mini-trial and summary jury trial.

Plaintiff's counsel,

/s/ Laurie A. Frankl

Harvey A. Schwartz
 BBO # 448080
Laurie A. Frankl
 BBO # 647181
Rodgers, Powers and Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

Dated: May 13, 2004


Plaintiff,

_____
Timothy Manning

Dated: May  13 , 2004


Plaintiff,

_____
Joseph Bryson

Dated: May  13 , 2004