UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MANNING and JOSEPH BRYSON )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS OFFICE OF CHIEF )<br>MEDICAL EXAMINER, JOHN CRONIN, and )<br>RICHARD EVANS, )<br>Defendants. ) | C.A. NO. 04-10508 DPW |

### NOTICE OF CHANGE OF ADDRESS

To The Clerk Of The Above-Named Court:

Please be advised that as of June 1, 2004, the undersigned's new address will be:

>   Office of the Attorney General
>   One Ashburton Place
>   Boston, Massachusetts 02108
>   (617) 727-2200

>   Respectfully Submitted,
>   COMMONWEALTH OF MASSACHUSETTS

>   By its Attorneys,

>   THOMAS F. REILLY
>   ATTORNEY GENERAL

>   _____
>   Mary O'Neil, BBO #379430
>   Assistant Attorney General
>   Government Bureau/Trial Division
>   200 Portland Street, Third Floor
>   Boston, MA 02114
>   (617) 727-2200 x 3331

May 20, 2004

## CERTIFICATE OF SERVICE

    I, Mary O'Neil, hereby certify that I have this date, May 25, 2004, served the foregoing **Notice Of Change Of Address** and **Certificate of Service** upon the attorney, Harvey A. Schwartz, and Laurie A. Frank, by mailing a copy first class, postage prepaid mail to: RODGERS, POWERS and SCHWARTZ, 18 Tremont Street, Suite#500, Boston, MA 02108.

_____
Mary O'Neil
Assistant Attorney General