UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TIMOTHY MANNING and JOSEPH BRYSON )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS OFFICE OF CHIEF )<br>MEDICAL EXAMINER, JOHN CRONIN, and )<br>RICHARD EVANS, )<br>Defendants. ) | C.A. NO. 04-10508 DPW |

**DEFENDANTS' CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1(D)(3)**

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the litigation and any variance on the full course of the litigation. And, further, we have conferred regarding the use of alternative dispute resolution in its various forms: mini-trial, summary trial, and mediation.

Respectfully Submitted,
Defendants' counsel,

THOMAS F. REILLY
ATTORNEY GENERAL

Mary O'Neil, BBO #379430
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place

Boston, MA 02118
(617) 727-2200 x 3331

Date: June 1, 2004

Representing the Defendants:

*[signature]*
John Cronin

June 1, 2004