UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TIMOTHY MANNING and JOSEPH BRYSON )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS OFFICE OF CHIEF )<br>MEDICAL EXAMINER, JOHN CRONIN, and )<br>RICHARD EVANS, )<br>Defendants. )<br>) | C.A. NO. 04-10508 DPW |

ASSENTED TO MOTION TO ENLARGE TIME TO FILE DISPOSITIVE MOTIONS

NOW come the Defendants who state that the parties are presently involved in settlement negotiations. It would prove beneficial to settling this case if the Court's ordered dispositive motion filing deadline were enlarged from January 21st to February 21th of this year.

Respectfully Submitted,
COMMONWEALTH OF MASSACHUSETTS

By its Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

Mary O'Neil, BBO #379430
Assistant Attorney General
Government Bureau/Trial Division
200 Portland Street
Boston, MA 02114