UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MANNING and JOSEPH BRYSON )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS OFFICE OF CHIEF )<br>MEDICAL EXAMINER, JOHN CRONIN, and )<br>RICHARD EVANS, )<br>Defendants. )<br>) | C.A. NO. 04-10508 DPW |

**ASSENTED MOTION TO ENLARGE TIME TO FILE DISPOSITIVE MOTIONS**

NOW come the Defendants who state that the parties are presently involved in settlement negotiations. It would prove beneficial to settling this case if the Court's ordered dispositive motion filing deadline were enlarged from February 22 to March 9, 2005.

Respectfully Submitted,
COMMONWEALTH OF MASSACHUSETTS

By its Attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Mary O'Neil
Mary O'Neil, BBO #379430
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Rm 1813
Boston, MA 02108
(617) 727-2200 x 3331

Date: February 22, 2005

**CERTIFICATE OF SERVICE**

      I, Mary O'Neil, hereby certify that I have this date, February 22, 2005, served the foregoing **Defendants' Assented to Motion to Enlarge the Time to File Dispositive Motions** and **Certificate of Service** upon the attorney, Harvey A. Schwartz, and Laurie A. Frank, by mailing a copy first class, postage prepaid mail to: RODGERS, POWERS and SCHWARTZ, 18 Tremont Street, Suite#500, Boston, MA 02108.

      /s/ Mary O'Neil
      Mary O'Neil
      Assistant Attorney General