UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MANNING and <br> JOSEPH BRYSON, <br>     Plaintiffs, <br><br>     v. <br><br> MASSACHUSETTS OFFICE OF THE <br> CHIEF MEDICAL EXAMINER; <br> JOHN CRONIN, individually and in his <br> official capacity as Chief Administrative <br> Officer of the Office of the Chief Medical <br> Examiner; RICHARD EVANS, <br> individually and in his official capacity as <br> Chief Medical Examiner of the <br> Commonwealth of Massachusetts, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A.   1:04-cv-10508 -DPW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

Counsel for the plaintiffs and the defendants have conferred and report to the Court as follows:

1) Discovery is completed and defense counsel will be filing Defendants' Motion for Summary Judgment today;

2) The parties have been engaged in on-going settlement discussions and are hopeful that their conciliation efforts will be successful. In an effort to facilitate settlement, the plaintiffs have today re-tendered a demand for settlement.

3) Defense counsel is in the process of presenting this offer to her clients for consideration.

Respectfully submitted,

Timothy Manning and Joseph Bryson, plaintiffs,
By their attorneys,

/s/ Laurie A. Frankl
Harvey A. Schwartz
BBO # 448080
Laurie A. Frankl
BBO # 647181
Rodgers, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

Massachusetts Office of the Chief Medical Examiner, et al., defendants,
By their attorney,

/s/ Mary E. O'Neil
Mary E. O'Neil
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 1813
Boston, MA 02118
617-727-2200 x. 3331

Dated: April 12, 2005