UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MANNING, and<br>JOSEPH BRYSON,<br>　　　　　Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS OFFICE OF THE<br>CHIEF MEDICAL EXAMINER; JOHN<br>CRONIN, individually and in his official<br>capacity as Chief Administrative Officer of<br>the Office of the Chief Medical Examiner; DR.<br>RICHARD EVANS, individually and in his<br>official capacity as Chief Medical Examiner<br>of the Commonwealth of Massachusetts,<br>　　　　　Defendants. | C.A. NO. 04-10508 DPW |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS**

　　　　Pursuant to Fed. R. Civ. P 56, the Defendants: Dr. Richard Evans, Mr. John Cronin, and the Massachusetts Office of the Chief Medical Examiner hereby move for summary judgment on plaintiffs' First Amendment Claim and plaintiffs' State Whistleblower Claim brought under G.L. c. 149, § 185. The attached supporting memorandum sets out in detail the grounds for this motion.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　COMMONWEALTH OF MASSACHUSETTS

　　　　　　　　　　　　　　　　　　By and through its Office of the Chief Medical
　　　　　　　　　　　　　　　　　　Examiner, Dr. Richard Evans and John Cronin, in
　　　　　　　　　　　　　　　　　　their individual capacities

　　　　　　　　　　　　　　　　　　Defendants,

By Their Attorney,
THOMAS F. REILLY,
ATTORNEY GENERAL

/s / Mary O'Neil
Mary O'Neil BBO #379430
Assistant Attorney General
Trial Division
One Ashburton 'Place
Boston, MA. 02118
(617)727-2200 x3331

DATED: April 14, 2005