UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MANNING, and<br>JOSEPH BRYSON,<br>            Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS OFFICE OF THE<br>CHIEF MEDICAL EXAMINER; JOHN<br>CRONIN, individually and in his official<br>capacity as Chief Administrative Officer of<br>the Office of the Chief Medical Examiner; DR.<br>RICHARD EVANS, individually and in his<br>official capacity as Chief Medical Examiner<br>of the Commonwealth of Massachusetts,<br>            Defendants. | C.A. NO. 04-10508 DPW |

**DEFENDANTS' ASSENTED TO MOTION TO FILE SUMMARY JUDGMENT LATE**

Now come the Defendants' who respectfully request that this Honorable Court permit them to file their motion for summary judgment late. As grounds for this request, defense counsel states that the Plaintiffs have consented to the motion, and thus, will suffer no prejudice. And, further, defense counsel states that good cause exists for this motion as counsel was unable to complete the motion because of an unexpected exacerbation of a medical condition.

                                      Respectfully submitted,

                                      COMMONWEALTH OF MASSACHUSETTS

                                      By and through its Office of the Chief Medical
                                      Examiner, Dr. Richard Evans and John Cronin, in
                                      their individual capacities

Defendants,

By Their Attorney,
THOMAS F. REILLY,
ATTORNEY GENERAL

/s / Mary O'Neil
Mary O'Neil BBO #379430
Assistant Attorney General
Trial Division
One Ashburton 'Place
Boston, MA. 02118
(617)727-2200 x3331

ASSENTED TO:

Plaintiffs Manning and Bryson
by Their Attorney,

/s/Harvey Schwartz
Harvey Schwartz
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA. 02108
(617)742-7010

DATED: April 14, 2005