# Exhibit F

**CONFIDENTIAL**

EXHIBIT NO. 6
2/14/05  CF

### Bryson, Joe (CME)

**From:** Manning, Timothy (CME)
**Sent:** Thursday, May 15, 2003 5:03 PM
**To:** Cronin, John (CME)
**Cc:** Evans, Richard (CME); Faherty, Jackie (CME); Bryson, Joe (CME)
**Subject:** Meeting of 5/14/2003

John
  Thank you for sitting down with me, Jackie, and Joe, yesterday. Three hours is a long time to sit in one place. As requested, I have just provided you with a copy of relevant contract language pertaining to the accumulation of leave and status while on "Approved Medical Leave". I believe that an approved Medical Leave (LOA) is different from unpaid leave of absence ( NOP ) not on payroll ( INP ) Illness No Pay or (LNP) or Leave No Pay. This is why the computer, or PeopleSoft payroll system generated those balances. Secondly, as I answered yesterday, I was not 100% sure of all the legal details of the "Whistleblowers Act". Thus I have provided you with a copy of the legislation. The reason this was in the memo was all of these actions and non-actions seem to have occurred after these disclosures were made. Jackie was right, the contact at the Attorney General's Office has moved to another department, like I guess most of them do. I did not provide this distinguished public servants name because I also respect his confidentiality. If you feel that this "status' needs to be verified, I respectfully request that the pertinent information that needs to be disclosed be put forth in a written request. I am confused regarding the specifics of your request. I look forward to closure of these issues, yet this request seems to prolong the process of immediate closure. Thanks for your assistance.

Tim

7/7/2003