UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR 25 P 1:47

U.S. DISTRICT COURT
DISTRICT OF MASS

TIMOTHY MANNING and JOSEPH BRYSON )
    Plaintiff, )
)
v. )   C.A. NO. 04-10508 DPW
)
MASSACHUSETTS OFFICE OF CHIEF )
MEDICAL EXAMINER, JOHN CRONIN, and )
RICHARD EVANS, )
    Defendants. )

## NOTICE OF APPEARANCE

To The Clerk Of The Above-Named Court:

    Please notice my appearance as co-counsel for the defendant, Massachusetts Office Of Chief Medical Examiner, John Cronin, and Richard Evans, in the above-entitled action.

    Respectfully Submitted,
    COMMONWEALTH OF MASSACHUSETTS

    By its Attorneys,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    _____
    Jean Kelley, BBO #265540
    Assistant Attorney General
    Government Bureau/Trial Division
    One Ashburton Place, Room 1813
    Boston, MA 02108
    (617) 727-2200 x 3327

DATE: April 22, 2005

## CERTIFICATE OF SERVICE

I, Jean Kelley, hereby certify that I have this date, April 22, 2005, served the foregoing **Notice Of Appearance** and **Certificate of Service** upon the attorney, Harvey A. Schwartz, and Laurie A. Frank, by mailing a copy first class, . postage prepaid mail to: RODGERS, POWERS and SCHWARTZ, 18 Tremont Street, Suite#500, Boston, MA 02108.

Jean Kelley, Assistant Attorney General
Government Bureau/Trial Division