UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MANNING and<br>JOSEPH BRYSON,<br><br>    Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS OFFICE OF THE<br>CHIEF MEDICAL EXAMINER;<br>JOHN CRONIN, individually and in his<br>official capacity as Chief Administrative<br>Officer of the Office of the Chief Medical<br>Examiner; RICHARD EVANS,<br>individually and in his official capacity as<br>Chief Medical Examiner of the<br>Commonwealth of Massachusetts,<br><br>    Defendants | C.A. 1:04-cv-10508 -DPW |

**PLAINTIFF'S ASSENTED TO MOTION TO ENLARGE TIME PERIOD FOR OPPOSITION TO SUMMARY JUDGMENT**

The plaintiffs herein request, with the assent of the defendants, that they be allowed up to and including June 25, 2005 to file and serve their opposition to Defendants' Motion for Summary Judgment. In support of their motion, the plaintiffs state:

    1.    The parties are in the process of discussing a possible settlement of this matter.

2. The parties are scheduled to be heard on summary judgment on August 3, 2005; therefore plaintiffs' filing of their opposition by June 25, 2005 would not interrupt the Court's schedule.

3. This is the plaintiffs' first request for an extension of time.

4. This motion is <u>assented to</u>.

Respectfully submitted,

Timothy Manning and Joseph Bryson,
Plaintiffs,
By their attorneys,

/s/ Laurie A. Frankl
Harvey A. Schwartz
BBO # 448080
Laurie A. Frankl
BBO # 647181
Rodgers, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

Dated: May 5, 2005