UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MANNING and<br>JOSEPH BRYSON,<br>    Plaintiffs,<br><br>    v.<br><br>MASSACHUSETTS OFFICE OF THE<br>CHIEF MEDICAL EXAMINER;<br>JOHN CRONIN, individually and in his<br>official capacity as Chief Administrative<br>Officer of the Office of the Chief Medical<br>Examiner; RICHARD EVANS,<br>individually and in his official capacity as<br>Chief Medical Examiner of the<br>Commonwealth of Massachusetts,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A.  1:04-cv-10508 -DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFFS' **ASSENTED TO** MOTION TO EXTEND DEADLINE IN WHICH TO
FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    The plaintiffs, Timothy Manning and Joseph Bryson, hereby request an additional time within which to file their opposition to Defendants' Motion for Summary Judgment. Specifically, the plaintiffs request up to an including July 19, 2005 to file their opposition. In support of this motion, the plaintiffs state that the parties are actively involved in settlement negotiations. The parties have reached an agreement respecting monetary damages and are currently negotiating non-monetary terms.

Respectfully submitted,

Timothy Manning and Joseph Bryson, plaintiffs,

By their attorneys,

/s/ Laurie A. Frankl
Harvey A. Schwartz
BBO # 448080
Laurie A. Frankl
BBO # 647181
Rodgers, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

Dated: June 30, 2005