# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **TIMOTHY MANNING and** | ) | |
| **JOSEPH BRYSON,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MASSACHUSETTS OFFICE OF THE** | ) | |
| **CHIEF MEDICAL EXAMINER;** | ) | |
| **JOHN CRONIN, individually and in his** | ) | **C.A.  1:04-cv-10508 -DPW** |
| **official capacity as Chief Administrative** | ) | |
| **Officer of the Office of the Chief Medical** | ) | |
| **Examiner; RICHARD EVANS,** | ) | |
| **individually and in his official capacity as** | ) | |
| **Chief Medical Examiner of the** | ) | |
| **Commonwealth of Massachusetts,** | ) | |
| **Defendants** | ) | |

## STIPULATION OF DISMISSAL

All parties hereby request that this Court dismiss the above-captioned action, *with prejudice* and without costs to either party.   The parties report that this matter has settled.

Timothy Manning and Joseph Bryson, plaintiffs,
By their attorneys,

/s/ Laurie A. Frankl
Harvey A. Schwartz
BBO # 448080
Laurie A. Frankl
BBO # 647181
Rodgers, Powers and Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

Dated:  September 8, 2005


Massachusetts Office of the Chief Medical Examiner, *et al*,
Defendants,
By their attorneys,

/s/ Jean Kelley
Jean Kelley
BBO # 265540
Assistant Attorney General
Office of the Attorney General
Trial Division
One Ashburton Place, Room 1813
Boston, MA 02118
617-727-2200


September 8, 2005